IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VILI LAFOIA AVA, | ) | CIVIL 12-00471-LEK-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FBI; JOHN O'CONNELL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 29, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS ACTION," document no. 24, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED HONOLULU, HAWAII, February 19, 2013.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge